■ In the Matter of PAUL G. LIEBER (Admitted as PAUL GERALD LIEBER), a Suspended Attorney. [685 NYS2d 610] —Motion for reinstatement granted to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department, for a supplemental hearing as indicated. No opinion. Concur—Sullivan, J. P., Ellerin, Nardelli, Rubin and Tom, JJ.